UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Evelyn De La Cruz,

              Plaintiff,

   -v-

Whitney Museum of American Art,

              Defendant.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 8 2008

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE
08 Civ. 5900 (PAC)(DFE)**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time Period of the referral:_____

____ Settlement:

____ Inquest After Default/damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

____ Habeas Corpus

____ Social Security

__X__ **Dispositive Motion (i.e. motion requiring a Report and Recommendation)
Particular Motion:_____**

=============================================================================
* Do not check if already referred for general pretrial

Dated: New York, New York
       July 8, 2008

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Copy Mailed To:

Evelyn De La Cruz
2830 Sedgwick Avenue # 3A
Bronx, NY 10468

1